[No. 54822-1-I. Division One. November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE MACKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-11782-4, Gregory P. Canova, J., entered July 23, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Schindler, JJ.

[No. 55024-1-I. Division One. November 21, 2005.]

*In the Matter of the Marriage of* TOD ALAN BULLARD, *Appellant*, and WENDY MARIE BULLARD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-3-01121-7, David F. Hulbert, J., entered September 2, 2004. *Remanded* by unpublished per curiam opinion.

[No. 55106-0-I. Division One. November 21, 2005.]

CENTURY 21 REAL ESTATE CENTER, *Plaintiff*, v. ANN SILVERS, *Appellant*, HYUN I. LEE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-07981-2, James H. Allendoerfer, J., entered October 15, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55178-7-I. Division One. November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROLANDO LINCOLN CLIZBE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00214-6, Steven J. Mura, J., entered November 1, 2004. *Affirmed* by unpublished per curiam opinion.